# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DENNIS ALSTON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-29 |
| | * | |
| v. | * | |
| | * | |
| MR. GRAMIAK; and MR. FITZPATRICK, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 4), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint **without prejudice** for failure to follow this Court's Orders and failure to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this 3 day of NOVEMBER, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)